# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

EJAUNN C. HOGAN,

         Plaintiff,

    v.

BARRAZA, et al.,

         Defendants.

Case No.  1:23-cv-01720-KES-FJS (PC)

ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO STATE A CLAIM

(ECF No. 16)

Plaintiff Ejaunn C. Hogan ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 28, 2026, the Court screened the complaint, found that it failed to state a cognizable claim for relief, and granted Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within thirty days.  (ECF No. 14.)  Plaintiff was warned that failure to comply with the Court's order would result in dismissal of this action, with prejudice, for failure to obey a court order and failure to state a claim.  (*Id.*)  Plaintiff's first amended complaint or notice of voluntary dismissal was due on or before March 2, 2026.  (*Id.*); Local Rule 230(l); Fed. R. Civ. P. 6(d).

On March 16, 2026, following Plaintiff's failure to respond to the Court's order or otherwise communicate with the Court, the Court issued findings and recommendations that this action be dismissed, with prejudice, for failure to state a claim, failure to obey a court order, and

1

failure to prosecute. (ECF No. 16.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen (14) days. (*Id.*)

On March 20, 2026, Plaintiff filed a first amended complaint. (ECF No. 17.) The first amended complaint is signed and dated March 6, 2026. (*Id.* at 4.)

Although Plaintiff has not provided an explanation for his untimely filing, because of Plaintiff's pro se status, the brief delay, and Plaintiff's clear intent to continue prosecuting this action, the Court finds it appropriate to vacate the pending findings and recommendations. The first amended complaint is accepted as the operative complaint and will be screened in due course.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 16, 2026, (ECF No. 16), are VACATED;

2. Plaintiff's first amended complaint, (ECF No. 17), will be screened in due course.

IT IS SO ORDERED.

Dated:    **March 25, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2