**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EJAUNN C. HOGAN, | Case No. 1:23-cv-01720-KES-FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING FEDERAL CLAIMS FOR FAILURE TO STATE A CLAIM, DECLINING SUPPLEMENTAL JURISDICTION OVER STATE LAW CLAIMS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| BARRAZA, *et al.*, | |
| Defendants. | |
| | Doc. 20 |

Plaintiff Ejaunn C. Hogan is a state prisoner and seeks to hold the defendants liable for violations of his rights arising under federal and state law. The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A and found Hogan failed to state a cognizable claim under federal law. Doc. 20 at 1-8. The magistrate judge observed Hogan also may be attempting to bring claims for negligence or medical malpractice under state law, and recommended the Court decline supplemental jurisdiction over such claims. *Id.* at 8-9.

On April 13, 2026, the Court served the findings and recommendations upon Hogan and informed him that any objections were due within 14 days. Doc. 20 at 9. The Court also advised that the failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* at 10 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Hogan did not file objections and the time to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review. Having carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1.    The findings and recommendations issued on April 13, 2026 (Doc. 20) are ADOPTED in full.

2.    Plaintiff's federal claims are DISMISSED with prejudice for failure to state a cognizable claim upon which relief may be granted.

3.    The Court DECLINES supplemental jurisdiction over Plaintiff's state law claims.

4.    Plaintiff's claims arising under California law are DISMISSED without prejudice.

5.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    June 11, 2026                          _____
                                                  UNITED STATES DISTRICT JUDGE

2